AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 08, 2024**

SEAN F. McAVOY, CLERK

ROSA R.-S. o/b/o AMY M., deceased  )
_Plaintiff_  )
v.  )    Civil Action No.   1:22-CV-03111-LRS
  )
  )
MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY  )
_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:    Plaintiff's Brief, ECF No. 11, is GRANTED. Defendant's Brief, ECF No. 15, is DENIED. This case is REVERSED and
REMANDED for immediate calculation and award of benefits consistent with the findings of this Court.
Judgment in favor of Plaintiff.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    LONNY R. SUKO    on cross motions for
Summary Judgment.

Date:  10/8/2024

_CLERK OF COURT_

SEAN F. McAVOY

s/ Wendy Kirkham
_(By) Deputy Clerk_

Wendy Kirkham